# Law Office of
# KEVIN J. PHILBIN
*Employees of Nationwide® Mutual Insurance Company*
*Not a Legal Partnership or Professional Corporation*

| | | |
|---|---|---|
| Kevin J. Philbin<br>   Managing Trial Attorney<br>Virginia E. McDonald<br>   Managing Trial Attorney<br>Kerrie Barry ◊<br>Michael P. Beckley<br>Ivy Cherian<br>Paul R. Cohen<br>Jennifer L. Coviello ■<br>Henry C. Dieudonne, Jr.<br>Daniel J. Genovese<br>James M. Horan<br>Sanford G. Jacobs □ ○<br>   □ Also Licensed in DC<br>   ○ Also Licensed in FL<br>   ◊ Also Licensed in MA<br>   ^ Also Licensed in NJ<br>   ■ Also Licensed in CT | One Whitehall Street, 13th Floor<br>New York, New York 10004-2109<br>Telephone: (212) 248-9100<br>Facsimile: (866) 910-9549 | Arlene E. Lewis □<br>Kevon Lewis<br>Kimberly A. Miller<br>Mickei Milton<br>Keith Norton ^<br>Rosemary S. Ortiona<br>Amy Perry<br>Kenneth E. Pinczower<br>Elan Raday<br>Bruce Roth<br>Sumona Sikder<br>Rhonda D. Thompson ^<br>Lawrence Wolkow ^<br>Amanda K. Yoon<br>Katherine J. Zellinger<br><br>Direct Dial No.: (212)510-9223<br>EMAIL: thomr5@nationwide.com |

January 10, 2020

**VIA ECF**
Hon. Judge Jesse M. Furman
United States District Court
Southern District Of New York
40 Foley Square
New York, New York 10007

      Re:    *Antoinette Rizzica v. 213-85 Corp.*
             **Docket No.: 18-CV-08003**
             **Our File No.: 18-016640**

Hon. Judge Jesse M. Furman:

This firm represents Defendant 213-85 Corp., in the above-referenced action. This case involves a claim for personal injuries resulting from an alleged fall down an exterior staircase at 213 West 85th Street, New York, New York on September 12, 2017.

I am writing to amend/supplement Defendant's letter motion submitted to the Court on January 9, 2020.

In support of its motion Defendant attached, in error, as Exhibit B a copy of Plaintiff's Mediation Narrative. I join in Plaintiff's request that that document be expunged from the Court's record and that the attached report of Dr. DeMarco be substituted as Exhibit B to defendant's application.

Defendant apologizes to the Court and Plaintiff for its error.

Regards,

*Rhonda D. Thompson*

_____
Rhonda D. Thompson, Esq.
Law Office of Kevin J. Philbin
Attorneys for Defendants
One Whitehall Street
New York, NY 10004
(212) 248 9100
thomr5@nationwide.com

In light of Plaintiff's letter clarifying/confirming that she is not seeking future earnings, Defendant's motion is denied - albeit without prejudice to a new application in the event that Defendant believes the information is relevant for a different reason.

By separate Order, the Court is referring this matter to the assigned Magistrate Judge for settlement purposes.

Finally, the Clerk of Court is directed to strike ECF No. 65-2 (i.e., remove the PDF from the docket) and to terminate ECF Nos. 65 and 67.

SO ORDERED.

January 10, 2020