The Law Firm of
# WAGNER & WAGNER, LLP

Edward Wagner, Esq.†
Judy Wagner, Esq.†

† Admitted to practice in
New York and New Jersey

2508 Amboy Road
Staten Island, NY 10306

Telephone (718) 667-7400
Facsimile (718) 667-3338

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

February 24, 2020

GRANTED. The deadline for submitting a Joint Pretrial Order is extended to March 27, 2020. Note that there will be no further extensions of the schedule. SO ORDERED.

Date: 2/25/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**Via ECF**
Hon. US District Judge Mary Kay Vyskocil
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007

Re:    Rizzica v. 213-85 Corp.
       Docket #: 18-cv-08003-MKV-SLC

Dear Judge Vyskocil:

Our office represents the Plaintiff in the above matter.

We are writing to respectfully request an extension of time to file a Joint Pretrial Order in this action. The current deadline for the pre-trial order is February 26, 2020, as set by the Hon. Judge Jesse Furman prior to the transfer of this matter to you.

The request is being made as counsel for the parties, despite diligent efforts, have not been able to complete the proposed Order and ancillary submissions (e.g., joint voir dire questions, joint requests to charge and joint verdict form). Part of the delay is the necessity to sort through voluminous exhibits (57 for plaintiff, 73 for defendant).

I have conferred with defense counsel, Rhonda D. Thompson, Esq., by e-mail and she consents to the relief sought herein. In full disclosure to the Court, there has been one prior adjournment of the deadline granted by Judge Furman, however, no prior application has been made to your Honor for an adjournment since the reassignment of the case to you.

For the reasons stated above, it is respectfully requested that the deadline for the submission of the Joint Pretrial Order, and ancillary documents, be extended for thirty (30) days to, and including, Friday, March 27, 2020.

The courtesy of the Court in this regard is greatly appreciated.

Respectfully yours,

*/s/ Edward Wagner*

EDWARD WAGNER, ESQ.
EW:s

cc:    Law Office of Kevin J. Philbin Att: Rhonda D. Thompson, Esq. via ECF