UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2020
```

ANTOINETTE RIZZICA,

                Plaintiff,

      -against-

213-85 CORP.,

                Defendant.

1:18-cv-08003 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    Per the terms of the Parties' stipulation [ECF #94], this action is dismissed.

SO ORDERED.

Dated: August 24, 2020
       New York, New York

*signature*
MARY KAY VYSKOCIL
United States District Judge